# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNATHAN LAMB and JIM BELMONT, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | **CLASS AND COLLECTIVE ACTION** |
| JEFF RUBY CULINARY ENTERTAINMENT, INC., THE PRECINCT, INC., CARLO & JOHNNY'S, LTD., JEFF RUBY STEAKHOUSE, LLC, JEFF RUBY'S COLUMBUS, LLC, JEFF RUBY'S STEAKHOUSE LEXINGTON, LLC, JEFF RUBY'S LOUISVILLE, LLC, and JEFF RUBY'S NASHVILLE, LLC, d/b/a JEFF RUBY CULINARY ENTERTAINMENT, | ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 3:25-cv-00949** **JUDGE ELI J. RICHARDSON** **MAGISTRATE JUDGE HOLMES** **JURY DEMAND** |
| *Defendants*. | ) | |

## PLAINTIFFS' UNOPPPOSED MOTION
## FOR RULE 23 CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, FOR PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT, AND FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Named Plaintiffs and proposed Class Representatives, Johnathan Lamb and Jim Belmont (collectively, "Plaintiffs") ("Named Plaintiffs") and Jeff Ruby Culinary Entertainment, Inc., The Precinct, Inc., Carlo & Johnny's, Ltd., Jeff Ruby Steakhouse, LLC, Jeff Ruby's Columbus, LLC, Jeff Ruby's Steakhouse Lexington, LLC, Jeff Ruby's Louisville, LLC, and Jeff Ruby's Nashville, LLC ("Defendants") have entered into a written settlement agreement (attached as Exhibit 1) (the "Settlement") that resolves the pending state law claims (under Kentucky and Ohio state law) on a Rule 23 class basis and federal claims under the Fair Labor Standards Act ("FLSA") on a collective basis, subject to Court approval. Named Plaintiffs now move this Court for an Order

approving the collective FLSA settlement, granting Rule 23 class certification for settlement purposes, and preliminarily approving the parties' proposed Rule 23 class settlement. Specifically, Named Plaintiffs seek an order granting the following relief:

First, Named Plaintiffs move for approval of the resolution of their FLSA claims as a fair and reasonable settlement of *bona fide* disputes under the FLSA, in accordance with 29 U.S.C. § 216(b).

Second, Named Plaintiffs move for certification, for settlement purposes only, of settlement classes pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) of two settlement classes (collectively, the "Rule 23 Classes"). The settlement classes consist of current and former employees of Defendants who worked in tip credit eligible positions and who earned less than the applicable federal and state minimum wage rates per hour and received customer tips at Defendants' restaurants in Ohio and Kentucky. Specifically, the Rule 23 Classes include the following individuals:

> All employes in tip credit eligible positions employed by Defendants at their Ohio restaurants at any time from September 12, 2021, to July 11, 2025;

(the "Rule 23 Ohio Class"); and

> All employees in tip credit eligible positions employed by Defendants at their Kentucky restaurants at any time from February 27, 2019, to July 11, 2025;

(the "Rule 23 Kentucky Class"). All members of the Rule 23 Ohio Class and Rule 23 Kentucky Class, other than the Named Plaintiffs, are listed on **Exhibit B** to the Settlement.

Third, Named Plaintiffs respectfully request that this Court appoint, for settlement purposes only: (a) Named Plaintiff Lamb as Class Representative of the Rule 23 Kentucky Class and (b) Named Plaintiff Belmont as Class Representatives of the Rule 23 Ohio Class.

Fourth, Named Plaintiffs respectfully request that the Court appoint, for settlement purposes only, the Plaintiffs' attorneys, David W. Garrison, Joshua A. Frank, and Nicole A. Chanin of Barrett Johnston Martin & Garrison, PLLC; and Robert E. DeRose of Barkan Meizlish DeRose Cox, LLP as Class Counsel for the Rule 23 Classes.

Fifth, Named Plaintiffs move this Court for preliminary approval of the parties' Settlement of the Rule 23 Classes' claims, including approval of all aspects of the form and procedure for class notice and claims set forth therein.

Sixth, Named Plaintiffs respectfully request that this Court set a Fairness Hearing for final approval of the Settlement, consistent with the timeframe set forth in the Proposed Order. Plaintiffs also request that this Court set a deadline for the filing of a motion for final approval and a motion for an award of attorneys' fees, costs, and expenses to Class Counsel.

Defendants do not oppose this requested relief and therefore do not oppose this Motion. A Memorandum in Support of this Motion is filed simultaneously herewith. A proposed Order granting this requested relief has been submitted herewith.

Date: November 17, 2025

Respectfully submitted,

/s/ David W. Garrison
David W. Garrison (TN Bar No. 24968)
Joshua A. Frank (TN Bar No. 33294)
Nicole A. Chanin (TN Bar No. 40239)
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

Robert E. DeRose (OH Bar No. 0055214)*
BARKAN MEIZLISH DEROSE COX, LLP
4200 Regent Street, Suite 210
Columbus, OH 43219

3

Phone: (614) 221-4221
bderose@barkanmeizlish.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Rule 23 Class Certification for Settlement Purposes, for Preliminary Approval of Rule 23 Class Action Settlement, and for Approval of FLSA Collective Action Settlement* was filed electronically with the Clerk's office by using the CM/ECF system on November 17, 2025 and will be served upon the Defendants via the CM/ECF filing system as indicated below:

**Mekesha H. Montgomery**
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
Telephone: (615) 251-5550
Facsimile: (615) 251-5551
mmontgomery@fbtlaw.com

**Neal Shah (OH Bar No. 0082672) ***
**Tessa L. Castner (OH Bar No. 0093808) ***
FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
nshah@fbtlaw.com
tcastner@fbtlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

/s/ David W. Garrison
**DAVID W. GARRISON**
BARRETT JOHNSTON
MARTIN & GARRISON, PLLC

5